UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| DENNIS TALLMAN, | ) | |
| Plaintiff, | ) | 2:09-CV-00944-PMP-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CPS SECURITY (USA), INC., CPS CONSTRUCTION SECURITY PLUS, INC., | ) | |
| Defendants. | ) | |

**IT IS ORDERED that** Plaintiff Dennis Tallman's Motion to Continue Any Hearing or Determination on the Defendants' Motion to Deny Class Certification and Granting Plaintiff Leave to Submit Supplemental Response to Such Motion (Doc. #44), filed on January 12, 2011, is **GRANTED** to the limited extent that a hearing on Defendants' Motion to Deny Class Certification (Doc. #31) is hereby scheduled for **Wednesday, March 16, 2011, at 1:30 p.m**.

DATED: January 31, 2011.

_____
PHILIP M. PRO
United States District Judge