# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DENNIS TALLMAN, *et al.*,

          Plaintiffs,

vs.

CPS SECURITY (USA), INC., *et al.*,

          Defendant.

Case No. 2:09-CV-00944-PMP-PAL

**ORDER**

(Mot./Conduct Discovery - Dkt. #61)
(Mot./Withdraw - Dkt. #77)

Before the Court is Plaintiff's Motion For Leave To Conduct Discovery In The Event The Parties' Stipulation (Dkt. #53) Is Not "So Ordered" By the Court (Dkt. #61). The Court has considered the motion, Defendants' Opposition (Dkt. #70) and Plaintiffs' Unopposed Motion to Withdraw Plaintiffs' Motion For Leave To Conduct Discovery (Dkt. #77).

In an Order entered March 22, 2011 (Dkt. #73), the District Judge denied Plaintiffs' motion for class certification without prejudice and remanded the putative class claims to the Eighth Judicial District Court of the State of Nevada. In light of this order, Plaintiffs acknowledge that their motion for leave to conduct discovery is now moot.

Having reviewed and considered the matter,

**IT IS ORDERED**:

1. Plaintiffs' to Withdraw (Dkt. #77) is **GRANTED**, and
2. Plaintiff's Motion For Leave To Conduct Discovery In The Event The Parties' Stipulation (Dkt. #53) Is Not "So Ordered" By the Court (Dkt. #61) is **WITHDRAWN**.

Dated this 6th day of April, 2011.

Peggy A. Leen
United States Magistrate Judge