UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENNIS TALLMAN, ) | |
| ) | 2:09-CV-00944-PMP-PAL |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| CPS SECURITY (USA), INC., CPS ) | |
| CONSTRUCTION SECURITY PLUS, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

The Court having considered the fully briefed Cross Motions for Summary Judgment (Docs. #83 & #84) filed respectively on behalf of Defendants and Plaintiff on May 20, 2011, as well as the arguments presented at the hearing conducted August 8, 2011, and good cause appearing,

**IT IS ORDERED** that Defendants' and Plaintiff's Motions for Summary Judgment (Docs. #83 & #84) are **DENIED**.

**IT IS FURTHER ORDERED** that the Parties shall have to and including **September 19, 2011** within which to file a Joint Pretrial Order in compliance with the Local Rules of this Court.

DATED: August 16, 2011.

_____
PHILIP M. PRO
United States District Judge