UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DENNIS TALLMAN, et al., | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs | ) Case #2:09-CV-944-PMP-PAL |
| | ) |
| CPS SECURITY (USA), INC., et al., | ) |
| | ) ORDER REFERRING CASE FOR |
| | ) SETTLEMENT CONFERENCE |
| Defendant(s). | ) |

This case is currently stacked on the calendar on **Tuesday, May 8, 2012,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Peggy A. Leen** for a settlement conference.

DATED this 3rd day of November, 2011.

*[signature]*

PHILIP M. PRO, U.S. DISTRICT JUDGE