# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS TALLMAN, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CPS SECURITY (USA), INC., *et al.*, ) <br> ) <br> Defendants. ) <br>_____ ) | Case No. 2:09-cv-00944-PMP-PAL <br><br> **ORDER** <br><br> (Request to Excuse - Dkt. #111) |

Before the court is the Request to Excuse Plaintiff, John Whittington, from Personal Attendance at Settlement Conference (Dkt. #111), filed January 23, 2012. The court has reviewed Plaintiff's Motion, and Defendants' Response (Dkt. #112) filed January 26, 2012.

Plaintiff's motion requests that Plaintiff John Whittington be excused from the settlement conference scheduled for March 21, 2012, as he is a full-time resident of the State of West Virginia and no longer maintains a residence in Nevada. As such, requiring him to personally appear at the settlement conference would create a financial burden for him. Alternatively however, Plaintiff John Whittington is willing to make himself available telephonically for the entirety of the settlement conference should the court need him.

Defendants' response to the motion acknowledges the financial hardship to Plaintiff John Whittington and do not oppose his request to be excused from personal attendance at the settlement conference as long as his is available by phone for the duration of the settlement conference.

The court has reviewed the motion and response, and for good cause shown,

**IT IS ORDERED** that:

1. The Request to Excuse Plaintiff, John Whittington, from Personal Attendance at Settlement Conference (Dkit. #111) is **GRANTED**.

2.  Plaintiff John Whittington shall be available telephonically for the duration of the settlement conference should the court need to speak with him and shall provide the number where he may be reached with Plaintiffs' counsel.

Dated this 30th day of January, 2012.

_____
Peggy A. Leen
United States Magistrate Judge