UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENNIS TALLMAN, et al. ) | |
| ) | |
| Plaintiffs, ) | 2:09-CV-00944-PMP-PAL |
| ) | |
| v. ) | |
| ) | |
| CPS SECURITY (USA), INC., CPS ) | ORDER |
| CONSTRUCTION SECURITY PLUS, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

Plaintiffs have filed two new motions for summary judgment. (Pls.' Renewed Mot. Summ. J. on Their Claims for Improper Wage Deductions (Doc. #155); Pls.' Renewed Mot. Summ. J. (Doc. #160).) Defendants have filed two motions to strike the foregoing motions for summary judgment. (Defs.' Emergency Mot. to Strike Pls.' Renewed Mot. Summ. J. on Their Claims for Improper Wage Deductions (Doc. #157); Defs.' Emergency Mot. to Strike Pls.' Second Renewed Mot. Summ. J. (Doc. #163).)

The Court already has scheduled a hearing on September 10, 2012, on a variety of pending motions in this case. (Order (Doc. #156).) These latest motions for summary judgment were filed by Plaintiffs without leave of the Court. As a result, the Court will not require Defendants to respond to Plaintiffs' new motions for summary judgment at this time. Instead, at the hearing already set for September 10, 2012, the Court will consider whether Plaintiffs can show good cause for filing their latest motions for summary judgment, and the Court also will consider Defendants' motions to strike the latest summary judgment motions. If good cause is shown by Plaintiffs for the late filing of the two

motions for summary judgment, the Court will permit Defendants adequate time to respond thereto.

IT IS THEREFORE ORDERED that Defendants' Motion to Continue Substantive Briefing on Motion Pending Disposition of Defendants' Emergency Motion to Strike (Doc. #162) is hereby GRANTED.

IT IS FURTHER ORDERED that the following motions shall be added to the calendar for hearing on September 10, 2012: Plaintiffs' Renewed Motion for Summary Judgment on Their Claims for Improper Wage Deductions (Doc. #155); Defendants' Emergency Motion to Strike Plaintiffs' Renewed Motion for Summary Judgment on Their Claims for Improper Wage Deductions (Doc. #157); Plaintiffs' Renewed Motion for Summary Judgment (Doc. #160); Defendants' Emergency Motion to Strike Plaintiffs' Second Renewed Motion for Summary Judgment (Doc. #163); and Defendants' Motion for Sanctions (Doc. #164).

IT IS FURTHER ORDERED that the parties to this action shall file no additional motions in this case of any kind without first obtaining leave of the Court to do so.

DATED: August 7, 2012

_____
PHILIP M. PRO
United States District Judge