1

2

3

4

5

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

6

7   DENNIS TALLMAN, et al.,

8              Plaintiffs,

9   v.

CPS SECURITY (USA), INC. and CPS
10  CONSTRUCTION SECURITY PLUS,
    INC.,

11

12             Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

2:09-CV-00944-PMP-PAL

ORDER

13          IT IS ORDERED that Plaintiffs' Motion to Vacate Settlement Conference

14  Scheduled for June 26, 2013 (Doc. #224) is hereby DENIED.

15

16  DATED:  March 26, 2013

17  _____

    PHILIP M. PRO
18  United States District Judge

19

20

21

22

23

24

25

26