UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DENNIS TALLMAN, Individually and  )
on behalf of others similarly situated, )   2:09-CV-00944-PMP-PAL
                                                        )
                    Plaintiffs,                      )
                                                        )   **ORDER**
vs.                                                  )
                                                        )
CPS SECURITY (USA), INC., CPS   )
CONSTRUCTION SECURITY PLUS, )
INC.,                                                )
                                                        )
                    Defendants.                  )
_____)

       Before the Court for consideration is Plaintiffs' Motion to Correct a Clerical Error in Plaintiffs' Trial Exhibit Previously Submitted to the Court (Doc. #237) filed June 27, 2013. Defendants filed their Response to Plaintiffs' Motion (Doc. #240) on July 15, 2013. On July 25, 2013, the Court entered an Order (Doc. #244) approving the Stipulation of the Parties (Doc. #243) extending the deadline for Plaintiffs' Reply to July 31, 2013. However, after considering Plaintiffs' Motion and Defendants' Response thereto, the Court concludes it does not require further written argument from Plaintiff regarding this particular motion.

       The circumstance portrayed in Plaintiffs' motion reflects little more than a typographical error in an exhibit table apparently prepared by Plaintiffs' expert which resulted in a mathematical miscalculation regarding potential damages on behalf of Plaintiff Rafael Vera. It should be corrected.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Correct a Clerical Error in Plaintiffs' Trial Exhibit Previously Submitted to the Court (Doc. #237) is **GRANTED**.

DATED: July 29, 2013.

_____
PHILIP M. PRO
United States District Judge