UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENNIS TALLMAN,<br><br>    Plaintiff,<br><br>v.<br><br>CPS SECURITY (USA), INC.,<br><br>    Defendant. | 2:09-CV-00944-PMP-PAL<br><br>ORDER |

In light of the attached letter advising that the parties have settled this matter, IT IS ORDERED that the pretrial conference set for August 1, 2013 at 9:00 a.m. is hereby vacated.

DATED: July 29, 2013

_____
PHILIP M. PRO
United States District Judge

# KAMER ZUCKER ABBOTT
## ATTORNEYS AT LAW

TEL (702) 259-8640  •  FAX (702) 259-8646  •  WEB www.kzalaw.com

Gregory J. Kamer
Carol Davis Zucker
Scott M. Abbott
Edwin A. Keller, Jr.
Jody M. Florence

Bryan J. Cohen
Timothy W. Roehrs
Jan J. Sarafina
R. Todd Creer

# FACSIMILE COVER SHEET

To: The Honorable Judge Philip M. Pro

Company: U.S. District Court for the District of Nevada

Facsimile No.: 464-5511                    File No.: 09-279

From: Carol Davis Zucker               No. of Pages (Including Cover): 3

Date Sent: July 29, 2013                   Time Sent: 2:45 PM

Hard Copy:    ( ) WILL    ( X ) WILL NOT    BE MAILED

**Comments / Special Instructions**

Re:  Tallman v. CPS Security (USA), Inc., Case No. 2:09-cv-00944-PMP-PAL
(Our File No. 09-279)

Transmitted from Facsimile Telephone No. (702) 259-8646
Should you have any problems receiving this Facsimile,
please call (702) 259-8640.

Approved by:  Carol Davis Zucker              Transmitted by:  Donna

ATTORNEY SIGNATURE

CONFIDENTIALITY NOTE:   ( XX ) APPLIES    ( ) DOES NOT APPLY
The information contained in this facsimile message is legally privileged and/or confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address listed above via the United States Postal Service. Thank you.

3000 West Charleston Boulevard, Suite 3  •  Las Vegas, Nevada 89102

Exclusive Nevada Member of the Worklaw® Network: The International Network of Management Labor and Employment Law Firms
www.worklaw.com

| KAMER ZUCKER ABBOTT | Gregory J. Kamer |
| ATTORNEYS AT LAW | Carol Davis Zucker |
| | Scott M. Abbott |
| | Edwin A. Keller, Jr. |
| | Jody M. Florence |

TEL (702) 259-8640 • FAX (702) 259-8646 • WEB www.kzalaw.com

Bryan J. Cohen
Timothy W. Roehrs
Jen J. Sarafina
R. Todd Creer

## VIA FACSIMILE ONLY

July 29, 2013

The Honorable Judge Phillip M. Pro
United States District Court
District of Nevada - Las Vegas
333 Las Vegas Boulevard South
Las Vegas, Nevada 89101

The Honorable Judge Peggy A. Leen
United States Magistrate Judge
United States District Court
District of Nevada
333 South Las Vegas Boulevard South
Las Vegas, Nevada 89101

Re: *Dennis Tallman v. CPS Security (USA), Inc., et al.*
U.S. District Court, District of Nevada Case No. 2:09-cv-00944-PMP-PAL
(Our File No. 09-279)

Dear Judge Pro and Judge Leen:

I am writing this letter on behalf of Defendants as well as Plaintiffs; Plaintiffs' counsel Leon Greenberg has reviewed this letter and concurs that it be sent.

The parties have reached a tentative settlement of this matter and are working on language of the settlement documents. We presently anticipate that we will have this process completed by this Friday, August 2, 2013 and, thereafter, will be able to file documents requesting court approval of the settlement.

Because of the pending trial date, and the August 1, 2013 setting of the Pretrial Conference, we wanted to inform the court of this as soon as possible. The parties request the court vacate and continue the Pretrial Conference date pending finalization of the settlement documents and the necessary execution of the same by all plaintiffs.

Exclusive Nevada Member of the Worklaw® Network: The International Network of Management Labor and Employment Law Firms
www.worklaw.com

The Honorable Judge Phillip M. Pro
The Honorable Peggy A. Leen
July 29, 2013
Page 2

Thank you for your time and attention to this matter.

Respectfully submitted,

Carol Davis Zucker
Attorney for Defendants

CDZ/da
cc: Leon Greenberg, Esq.
Christian Gabroy, Esq.
Mark R. Thierman, Esq.
Jim Newman, Esq.
Tazamisha Imara, Esq.
Theodore J. Cohen, Esq.
Timothy W. Roehrs, Esq.

KAMER ZUCKER ABBOTT
*Attorneys at Law*