UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENNIS TALLMAN, et al., )<br>)<br>        Plaintiffs, )<br>)<br>v. )<br>)<br>CPS SECURITY (USA), INC. and CPS )<br>CONSTRUCTION SECURITY PLUS, )<br>INC., )<br>)<br>        Defendants. )<br>) | 2:09-CV-00944-PMP-PAL<br><br>ORDER |

      IT IS ORDERED that Defendants' Motion to Amend Judgment (Doc. #272) is hereby GRANTED.

      IT IS FURTHER ORDERED that the Judgment (Doc. #270) entered on June 4, 2014 is hereby amended to delete Defendant CPS Construction Security Plus, Inc. from the Judgment.  Amended Judgment on the attorney's fee award and costs is hereby entered in favor of Plaintiffs and against Defendant CPS Security (USA), Inc. in the amount of $254,026.08 and costs in the amount of $16,522.75.

DATED:  July 7, 2014

                                                     PHILIP M. PRO<br>                                                     United States District Judge