UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENNIS TALLMAN,<br><br>                                Plaintiff(s),<br><br>    v.<br><br>CPS SECURITY (USA), INC., et al.,<br><br>                                Defendant(s). | Case No. 2:09-CV-944 JCM (PAL)<br><br>JUDGMENT |

       Presently before the court is plaintiff Dennis Tallman's motion for a judgment of $37,280 to be entered by the clerk of court pursuant to this court's November 29, 2016, order granting the same. (ECF Nos. 289, 290).

    Accordingly,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for entry of judgment (ECF No. 290) be, and the same hereby is, GRANTED.

    The clerk shall enter judgment in favor of the plaintiff in the amount of $37,280.

    DATED December 15, 2016.

                                                          /s/ James C. Mahan
                                                  UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**